# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Kendra Ross | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:17-cv-02547-DDC-TJJ |
| Royall Jenkins et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____05/23/2018_____ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____10/03/2018_____

*CLERK OF COURT*

_____s/ Charles Van Ness_____
*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| KENDRA ROSS,<br>*Plaintiff(s)*<br>v.<br>ROYALL JENKINS, THE VALUE CREATORS, INC. f/k/a<br>THE UNITED NATION OF ISLAM, INC., (see attached)<br>*Defendant(s)* | Civil Action No.  17-2547-DDC-TJJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Judgment is entered in favor of plaintiff against defendants in the amount of $453,517.20 for restitution damages, $2,920,000 for emotional distress damages, $3,373,517.20 for punitive damages, $282,677.50 for liquidated damages, $907,034.40 for trebled RICO damages, and $1,800 for conversion damages, plus post judgment interest at the rate of 2.32%. (See attached).

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date:  05/23/2018

TIMOTHY M. O'BRIEN
CLERK OF COURT

s/ Megan Garrett
*Signature of Clerk or Deputy Clerk*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 5-23-18
Clerk, U.S. District Court
By: _____ Deputy Clerk

**Judgment (page 2)**

Case No. 17-2547-DDC-TJJ
KENDRA ROSS v. ROYALL JENKINS, et al.,

**(List of defendants continued from Judgment page 1):**

THE VALUE CREATORS LLC, and THE VALUE CREATORS, INC.

**(Other continued from Judgment page 1):**

The court awards plaintiff $117,184.34 for reasonable attorneys' fees and costs, consistent with the Memorandum and Order filed on May 23, 2018.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENDRA ROSS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 17-02547-DDC-TJJ |
| | ) |
| ROYALL JENKINS, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## WRIT OF EXECUTION

**TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF KANSAS**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 23, 2018, a judgment was entered in the above-captioned action in favor of Kendra Ross, Plaintiff, as Judgment Creditor and against Royall Jenkins, The Value Creators, Inc. f/k/a The United Nation of Islam, Inc., The Value Creators LLC, and The Value Creators, Inc., as Judgment Debtors in the amount of $453,517.20 for restitution damages, $2,920,000 for emotional distress damages, $3,373,517.20 for punitive damages, $282,677.50 for liquidated damages, $907,034.40 for trebled RICO damages, and $1,800 for conversion damages, plus post judgment interest at the rate of 2.32%. The Court awarded Plaintiff $117,184.34 for reasonable attorneys' fees and costs, consistent with the Memorandum and Order entered on May 23, 2018.

WHEREAS, according to the Affidavit of Elizabeth A. Hutson it appears that further sums have accrued since the entry of judgment in the District of Kansas, to wit:

$15,137.61 accrued interest, making a total of
$15,137.61 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$7,953,683.91, plus $117,184.34 for reasonable attorneys' fees and costs awarded **ACTUALLY DUE** on the date of the issuance of this writ of which $7,938,546.30 is due on the judgment as entered and bears interest at 2.32 percent per annum, in the amount of $504.5871 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the office executing this writ.

CLERK, UNITED STATES DISTRICT COURT

s/ Charles Van Ness
Deputy Clerk

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 10-02-18
Clerk, U.S. District Court
By: _____ Deputy Clerk

The following are names and address of the judgment debtors to whom a copy of the Writ of Execution must be mailed:

Royall Jenkins
2111 North 10th Street
Kansas City, Kansas 66104-9998

The Value Creators Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, LLC
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators, Inc. f/k/a The United Nations of Islam, Inc.
Attn: Griegory Moten, Registered Agent
1121 Quindaro
Kansas City, Kansas 66104

The Value Creators Inc.
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612

The Value Creators, LLC
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612

The Value Creators, Inc. f/k/a The United Nation of Islam, Inc.
120 SW 10th Avenue
Kansas Secretary of State
Topeka, Kansas 66612